**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 24, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-12-00299-CV**

———————

**GEORGE FLEMING AND FLEMING & ASSOCIATES, L.L.P., Appellants**

**V.**

**CAROLYN B. ALVAREZ, et. al., Appellees**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2008-65396**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 17, 2012. On April 13, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and McCally.